**SEALED**

BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
DEC 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* TAMMIE ARNOLD, D.O., AND RICHARD MARTIN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> DIGNITY HEALTH, <br><br> Defendant. | CASE NO. 1:13-CV-02078-LJO-SMS <br><br> ORDER ON NOTICE OF ELECTION TO DECLINE INTERVENTION <br><br> **[FILED UNDER SEAL]** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

    1. The complaint be unsealed and served upon the defendant by the relator;

    2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

    3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: Dec. 16, 2015

_____
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* TAMMIE ARNOLD, D.O., AND RICHARD MARTIN, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH,<br><br>Defendant. | CASE NO.  1:13-CV-02078-LJO-SMS<br><br>THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL]** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th

1 | Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose
2 | that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States
3 | with notice and an opportunity to be heard before ruling or granting its approval.
4 | Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings
5 | filed in this action be served upon the United States; the United States also requests that orders issued by
6 | the Court be sent to the Government's counsel. The United States reserves its right to order any
7 | deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal
8 | of the relator's action or claim. The United States also requests that it be served with all notices of
9 | appeal.
10 | Finally, the Government requests that the relators' Complaint, this Notice, and the attached
11 | proposed Order be unsealed. The United States requests that all other papers on file in this action
12 | remain under seal because in discussing the content and extent of the United States' investigation, such
13 | papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and
14 | time for making an election to intervene should be extended.
15 | A proposed order accompanies this notice.

17 | DATED: December 11, 2015     Respectfully Submitted,

18 | BENJAMIN B. WAGNER
United States Attorney

20 | By:   /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney

THE UNITED STATES' NOTICE OF
ELECTION TO DECLINE INTERVENTION     2

SEALED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:13-cv-02078-LJO-SMS *SEALED*
### Internal Use Only

Arnold, et al. v. Dignity Health
Assigned to: District Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Sandra M. Snyder
Cause: 31:3729 False Claims Act

Date Filed: 12/23/2013
Jury Demand: Plaintiff
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: Federal Question

**Plaintiff**

**Tammie Arnold**
*D.O.*

represented by **Daniel O. Jamison**
Dowling Aaron Incorporated
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711
559-432-4500
Fax: 559-432-4590
Email: djamison@dowlingaaron.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Martin**
*M.D.*

represented by **Daniel O. Jamison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**United States of America**
*ex rel.*

represented by **Catherine J. Swann**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2762
Fax: 916-554-2900
Email: catherine.swann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glen Frederick Dorgan , GOVT**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721

        559-497-4080
        Fax: 559-497-4099
        Email: glen.dorgan@usdoj.gov
        *TERMINATED: 08/18/2014*

        **Kelli L. Taylor , GOVT**
        U.S. Attorney's Office
        501 I Street, Suite 10-100
        Sacramento, CA 95814
        916-554-2741
        Fax: 916-554-2900
        Email: kelli.l.taylor@usdoj.gov
        *TERMINATED: 09/12/2014*

**Plaintiff**

**State of California Ex Rel.**     represented by  **Daniel O. Jamison**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dignity Health**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2015 | 19 | NOTICE OF ELECTION TO DECLINE INTERVENTION by United States of America (Attachments: # 1 Proposed Order)(Robles, S) (Entered: 12/11/2015) |
| 11/25/2015 | 18 | ORDER PARTIALLY Lifting and Modifying Order Sealing Documents 16 , signed by Magistrate Judge Sandra M. Snyder on 11/25/15. (Hellings, J) (Entered: 11/30/2015) |
| 11/24/2015 | 17 | REQUEST that 16 Application for Partial Lifting of the Seal be Granted by Tammie Arnold, Richard Martin. (Robles, S) (Entered: 11/24/2015) |
| 11/05/2015 | 16 | MOTION/APPLICATION for partial lifting of the seal to enable relators confidentially to consult with potential associating or substituting counsel by Tammie Arnold, Richard Martin. (Attachments: # 1 Proposed Order)(Robles, S) (Entered: 11/05/2015) |
| 10/14/2015 | 🔒 | (Court only) ***STAFF NOTE: Per chambers instructions, a copy of the sealed order (Doc #15), served via email on Daniel Jamison and Catherine Swann. (Hellings, J) (Entered: 10/14/2015) |
| 10/14/2015 | 15 | ORDER GRANTING Fourth Joint Ex Parte Application for an Extension of Time to Decide Whether to Intervene and Extension of the Seal 14 , signed by Magistrate Judge Sandra M. Snyder on 10/13/15: *Deadline to* |

|   |   |   |
|---|---|---|
|   |   | *notify the court as to decision to intervene set for December 14, 2015.* (Hellings, J) (Entered: 10/14/2015) |
| 09/14/2015 | 14 | EX PARTE REQUEST/MOTION for 90-DAY EXTENSION OF TIME to decide whether to intervene and extension of the seal by United States of America. (Attachments: # 1 Declaration, # 2 Proposed Order)(Robles, S) (Entered: 09/14/2015) |
| 03/18/2015 | 🔒 | (Court only) ***STAFF NOTE: Order 13 emailed to Plaintiff's counsel, Daniel Jamison, and USA counsel, Catherine Swann per chambers instructions. (Marrujo, C) (Entered: 03/18/2015) |
| 03/17/2015 | 13 | ORDER GRANTING 12 Third Joint Ex Parte Application for an Extension of Time to Decide Whether to Intervene and Extension of the Seal, signed by Magistrate Judge Sandra M. Snyder on 3/17/15. (Marrujo, C) (Entered: 03/17/2015) |
| 03/16/2015 | 12 | EX PARTE REQUEST/MOTION for 6 month EXTENSION OF TIME to decide whether to intervene and extension of the seal by United States of America. (Attachments: # 1 Declaration, # 2 Proposed Order)(Robles, S) (Entered: 03/16/2015) |
| 09/15/2014 | 🔒 | (Court only) ***STAFF NOTE: Emailed a copy of 11 to CATHERINE J. SWANN. (Martin-Gill, S) (Entered: 09/15/2014) |
| 09/15/2014 | 11 | ORDER GRANTING Second 10 Motion for Extension, signed by Magistrate Judge Sandra M. Snyder on 09/15/14.Case Management Deadline: 3/16/2015 (Martin-Gill, S) (Entered: 09/15/2014) |
| 09/12/2014 | 10 | EX PARTE MOTION/APPLICATION for SIX MONTH EXTENSION OF TIME to Decide whether to intervene and extension of the seal. by United States of America. (Attachments: # 1 Declaration, # 2 Proposed Order)(Robles, S) (Entered: 09/15/2014) |
| 09/12/2014 | 9 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Catherine J. Swann for United States of America, attorney Kelli L. Taylor, GOVT terminated (Robles, S) (Entered: 09/15/2014) |
| 08/18/2014 | 8 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Kelli L. Taylor, GOVT for United States of America, attorney Glen Frederick Dorgan, GOVT terminated. (Robles, S) (Entered: 08/18/2014) |
| 04/24/2014 | 🔒 | (Court only) ***STAFF NOTE: Emailed copy of sealed document #7 to AUSA Glen Dorgan. (Hellings, J) (Entered: 04/24/2014) |
| 04/24/2014 | 7 | ORDER GRANTING the Joint Ex Parte Application for an Extension of Time to Decide Whether to Intervene and for an Extension of the Seal on the Qui Tam Complaint (First Request), signed by Magistrate Judge Sandra M. Snyder on 4/24/14. (Hellings, J) (Entered: 04/24/2014) |
| 03/12/2014 | 6 | JOINT EX PARTE MOTION for EXTENSION OF TIME to to Decide Whether to Intervene by United States of America (Attachments: # 1 Memorandum of P&As, # 2 Declaration of Glen F. Dorgan, # 3 Proposed Order)(Robles, S) (Entered: 03/12/2014) |

| | | |
|---|---|---|
| 03/12/2014 | 5 | ORDER GRANTING THE JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT signed by Magistrate Judge Sandra M. Snyder on 3/12/2014. (Lundstrom, T) (Entered: 03/12/2014) |
| 02/14/2014 | 4 | CERTIFICATE of SERVICE upon the State of California and United States by Tammie Arnold, Richard Martin. (Robles, S) (Entered: 02/14/2014) |
| 01/08/2014 | 3 | ORDER SEALING Documents signed by Magistrate Judge Sandra M. Snyder on 1/8/14. (Hellings, J) (Entered: 01/09/2014) |
| 12/23/2013 | | RECEIPT number #CAE100024552 $400.00 fbo Civil Case Filing Fee by Dowling Aaron on 12/23/2013. (Hellings, J) (Entered: 01/09/2014) |
| 12/23/2013 | 2 | REQUEST to Seal Documents by Tammie Arnold, Richard Martin, State of California Ex Rel., United States of America, Ex Rel. (Hellings, J) (Entered: 01/09/2014) |
| 12/23/2013 | 1 | COMPLAINT against Defendant by Tammie Arnold, Richard Martin, State of California, Ex Rel., United States of America, Ex Rel. (Attachments: # 1 Civil Cover Sheet, # 2 Written Disclosure)(Hellings, J) (Entered: 01/09/2014) |